# IN THE SUPREME COURT OF THE STATE OF NEVADA

NATIONSTAR MORTGAGE LLC,
Appellant,
vs.
LAS VEGAS RENTAL & REPAIR, LLC
SERIES 63, A NEVADA LIMITED
LIABILITY COMPANY,
Respondent.

No. 81054

FILED

APR 1 6 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a postjudgment order denying a request for attorney fees. Eighth Judicial District Court, Clark County; David M. Jones, Judge.[1]

We are not persuaded that the district court abused its discretion in declining to award appellant attorney fees. *See Watson Rounds, P.C. v. Eighth Judicial Dist. Court*, 131 Nev. 783, 787, 358 P.3d 228, 231 (2015) (reviewing a district court's decision whether to award attorney fees for an abuse of discretion). In particular, the district court was within its discretion in determining that the amount of appellant's offer of judgment was unreasonably low and that respondent did not reject it in bad faith in light of the offer being made before this court issued its decision in *Daisy Trust v. Wells Fargo Bank, N.A.*, 135 Nev. 230, 445 P.3d 846 (2019). *See Beattie v. Thomas*, 99 Nev. 579, 588-89, 668 P.2d 268, 274 (1983) (listing factors the district court should consider when evaluating whether an award of attorney fees under NRCP 68(f) is warranted). Relatedly, the

---

[1]Pursuant to NRAP 34(f)(1), we have determined that oral argument is not warranted in this appeal.

district court was within its discretion in determining that the amount of the offer was unreasonably low in light of the offer having been made shortly after the district court *declined* to grant appellant's summary judgment motion due to perceived deficiencies in appellant's evidence, which appellant never cured, and with respect to which respondent raised colorable arguments that the evidence in the underlying case was distinguishable from *Daisy Trust*. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Cadish

_____, J.        _____, J.
Pickering                                          Herndon

cc:    Hon. David M. Jones, District Judge
       Akerman LLP/Las Vegas
       Clark Newberry Law Firm
       Eighth District Court Clerk